IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:01CR3037 |
| | ) | |
| DONALD ROBERT WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Mr. Williams' Unopposed Motion to Review Detention and Request for Hearing (Filing No. 60). The Court finds said motion should be granted. Accordingly,

IT IS THEREFORE ORDERED that the United States Marshal's Office shall release Mr. Williams from custody upon notification by the Federal Public Defender's Office that a bed is available at Cornhusker Place. Mr. Williams shall be released to a member of the Federal Public Defender's office for transportation directly to Cornhusker Place. He shall reside at Cornhusker Place and follow all rules of said program.

IT IS FURTHER ORDERED that Mr. Williams shall immediately report to the United States Probation Office in Lincoln, NE, upon his successful or unsuccessful discharge from the Cornhusker Place program.

All other conditions of Mr. Williams' supervised release, not inconsistent with this Order, shall remain in force and effect.

DATED this 21st day of January, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge