IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) DONALD ROBERT WILLIAMS, ) ) Defendant. ) | Case No. 4:01CR3037 |

## ORDER

THIS MATTER comes before this Court on Mr. Williams' Unopposed Motion to Continue Revocation Hearing, filing 62. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing in the above captioned matter shall be continued until the 10th day of May, 2011, at 12:00 noon. Mr. Williams is ordered to appear at said time.

Dated this 9th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
United States District Judge