IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:01CR3037 |
| DONALD ROBERT WILLIAMS, | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER comes before this Court on Mr. Williams' Unopposed Motion to Continue Revocation Hearing, filing 64. The Court, being fully advised in the premises, and noting the Government and Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing in the above captioned matter shall be continued until the 13th day of September, 2011, at 12:00 noon. Mr. Williams is ordered to appear at said time.

Dated this 2nd day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge